JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RODRIGO CABALLERO, <br><br> Plaintiff, <br><br> v. <br><br> WALGREEN, CO., et al., <br><br> Defendants. | Case No. CV 25-3465-GW-SKx <br><br> **ORDER TO DISMISS** |

Based upon the Notice of Dismissal [20] filed on June 13, 2025, it is hereby ORDERED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: June 17, 2025

_____
HON. GEORGE H. WU,
United States District Judge